# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**LISA BRADLEY, Individually and on Behalf
of All Others Similarly Situated**                              **PLAINTIFF**

v.                      No. 3:18-cv-29-DPM

**CRITTENDEN COUNTY, ARKANSAS**                           **DEFENDANT**

## ORDER

Bradley's motion to reconsider, *№ 55*, is granted. The Court regrets its error. The opt-in period will close on 11 February 2019. Order, *№ 51 at 3*, amended.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 November 2018