# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

LISA BRADLEY, Individually and on Behalf
of All Others Similarly Situated                              PLAINTIFF

v.                          No. 3:18-cv-29-DPM

CRITTENDEN COUNTY, ARKANSAS                                   DEFENDANT

## ORDER

Bradley's second motion to reconsider, № 60, is granted. The County should provide Bradley's lawyer each potential group member's e-mail address (if known), along with his or her name, home address, and telephone number. Order, № 51 at 3, amended.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

10 December 2018