# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

LISA BRADLEY, Individually and on Behalf
of All Others Similarly Situated                                    PLAINTIFF

v.                        No. 3:18-cv-29-DPM

CRITTENDEN COUNTY, ARKANSAS                                         DEFENDANT

### ORDER

Joint report of discovery dispute, № 84, noted. Crittenden County has good cause to take a two-hour supplemental deposition of Bradley. The Court extends the 18 April 2019 discovery deadline to 17 May 2019, and the 21 May 2019 motions deadline to 20 June 2019, to accommodate the circumstances. The supplemental deposition must be scheduled on a date convenient to Bradley. Joint report, № 84, addressed. The October 2019 trial is canceled—the Court's obligations in other cases will not allow it to keep this date. A Second Amended Final Scheduling Order will issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 April 2019