# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

LISA BRADLEY, Individually and on Behalf
of All Others Similarly Situated                                    PLAINTIFF

v.                              No. 3:18-cv-29-DPM

**CRITTENDEN COUNTY, ARKANSAS**                          DEFENDANT

## ORDER

**1.** The joint motion, № 88, is granted. The Court refers the case to Magistrate Judge Thomas Ray to conduct a settlement conference. The Court also extends the discovery deadline to 16 July 2019 and the motions deadline to 19 August 2019.

**2.** Joint report of discovery dispute, № 87, noted. The Court will not rule on it unless the settlement conference bears no fruit.

**3.** The parties must file a joint status report within two business days after the settlement conference.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 May 2019