# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**LISA BRADLEY, Individually and on Behalf
of All Others Similarly Situated**                    **PLAINTIFF**

v.                              **No. 3:18-cv-29-DPM**

**CRITTENDEN COUNTY, ARKANSAS**                    **DEFENDANT**

## ORDER

The parties have informally notified the Court that they would like to conduct a settlement conference in this case during an already scheduled settlement conference in a related case. Both this case and Case No. 3:18-cv-128-DPM involve FLSA claims against Crittenden County. Magistrate Judge Harris and Ray have no objection to a consolidated settlement effort. The Court therefore amends № 89: the Court refers this case to Magistrate Judge Patricia S. Harris to conduct a settlement conference on 23 July 2019. The rest of № 89 stands.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 July 2019