IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LISA BRADLEY, Individually and on**                         **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                        No. 3:18-cv-29-DPM

**CRITTENDEN COUNTY, ARKANSAS**                         **DEFENDANT**

### JOINT MOTION FOR APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT AND FOR DISMISSAL OF LAWSUIT WITH PREJUDICE

COME NOW Plaintiff Lisa Bradley, individually and on behalf of all others similarly situated, by and through her attorneys Stacy Gibson and Josh Sanford of Sanford Law Firm, PLLC, and Defendant Crittenden County, Arkansas, by and through its attorney Joe M. Rogers of Rogers, Coe & Sumpter, and for their Joint Motion for Approval of FLSA Collective Action Settlement and for Dismissal of Lawsuit with Prejudice, they do hereby state and allege as follows:

1. Plaintiff filed this suit against Defendant alleging violations of the Fair Labor Standards Act and the Arkansas Minimum Wage Act. ECF No. 1.

2. With the help of Magistrate Judge Harris, the parties have reached an agreement to settle all claims brought in the lawsuit, subject to this Court's approval of the Settlement Agreement, attached hereto as Exhibit 1.

3. The parties negotiated a single settlement amount, which was allocated between wages and attorney's fees based on the representation agreement between Plaintiff and her counsel.

Page 1 of 2
Lisa Bradley, et al. v. Crittenden County, Arkansas
U.S.D.C. (E.D. Ark.) Case No. 3:18-cv-29-DPM
Joint Motion for Approval of FLSA Collective Action Settlement

4. The parties believe the Settlement Agreement is fair, reasonable, and adequate.

5. Upon notice to the Court of final payment by counsel for Plaintiff, the case should be dismissed with prejudice.

6. A brief in support of this motion is being filed concurrently with this motion.

WHEREFORE, for the reasons stated above, the parties respectfully request the Court approve the Settlement Agreement and for dismissal of this case with prejudice after final payment has been made; and for all other just and proper relief.

        Respectfully submitted,

**LISA BRADLEY, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
ONE FINANCIAL CENTER
650 SOUTH SHACKLEFORD, SUITE 411
LITTLE ROCK, ARKANSAS 72211
TELEPHONE: (501) 221-0088
FACSIMILE: (888) 787-2040

Stacy Gibson
Ark. Bar No. 2014171
stacy@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and **DEFENDANT CRITTENDEN COUNTY, ARKANSAS**

Joe M. Rogers (69068)
Post Office Box 1666
West Memphis, AR 72303
Telephone: 870-735-1900

Page 2 of 2
Lisa Bradley, et al. v. Crittenden County, Arkansas
U.S.D.C. (E.D. Ark.) Case No. 3:18-cv-29-DPM
Joint Motion for Approval of FLSA Collective Action Settlement