IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LISA BRADLEY, Individually and on Behalf
of All Others Similarly Situated                                          PLAINTIFF

v.                              No. 3:18-cv-29-DPM

CRITTENDEN COUNTY, ARKANSAS                                               DEFENDANT

ORDER

The joint motion to approve the settlement, № 96, is granted. All material things considered, the proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353–54 (11th Cir. 1982); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018); *Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 (8th Cir. 2019). The parties have made a good-faith compromise of disputed overtime compensation issues. In the circumstances, no conflict exists in the contemporaneous agreement about fees. *Melgar*, 902 F.3d at 779; *Barbee*, 927 F.3d at 1027 n.1. It was reached as part of a mediation before Magistrate Judge Harris and reflects a substantial discount of the time counsel say they spent on the case. The complaint will be dismissed with prejudice. And the Court will retain jurisdiction until year end to enforce the agreement.

So Ordered.

*D.P. Marshall Jr.* (signature)
D.P. Marshall Jr.
United States District Judge

30 September 2019