IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LISA BRADLEY, Individually and on Behalf
of All Others Similarly Situated                     PLAINTIFF

v.                        No. 3:18-cv-29-DPM

CRITTENDEN COUNTY, ARKANSAS                          DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 31 December 2019 to enforce the parties' settlement.

*[signature]*
D.P. Marshall Jr.
United States District Judge

30 September 2019